# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2023

### NO. 03-22-00081-CV

**John Alan Conroy, Appellant**

**v.**

**Steven C. McCraw, Director, Texas Department of Public Safety, Appellee**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
MODIFIED AND, AS MODIFIED, AFFIRMED –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on January 7, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order but that there was error requiring correction. Therefore, the Court modifies the trial court's order to substitute "pro se" for "in forma pauperis." The Court affirms the order as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.